IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BURNSIDE, | : | Civil Action No. 3:13-CV-2554 |
| | : | |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CAROLYN COLVIN, *Acting* | : | |
| *Commissioner of Social Security,* | : | |
| | : | (Magistrate Judge Cohn) |
| | : | |
| Defendant. | : | |

**ORDER**

And now, this 21st day of January 2015, having reviewed the thorough report

and recommendation of Magistrate Judge Gerald B. Cohn, to which Plaintiff did

not file objections, the report and recommendation of the Magistrate Judge is

ADOPTED.  December 9, 2014, ECF No. 18.   The decision of the Commissioner

is AFFIRMED.  The Clerk is directed to enter judgment in favor of

the Commissioner and against the Plaintiff.  The Clerk is directed to close the case

file.

BY THE COURT:


 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge